```
1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   ANN H. VORIS, Bar #100433
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California 93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   JOSE LUIS ANDRADE-TORRES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:11-cr-0433 AWI |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS<br>) CONFERENCE; ORDER |
| v. | ) Date: March 26, 2012 |
| JOSE LUIS ANDRADE-TORRES, | ) Time: 9:00 a.m.<br>) Judge: Hon. Anthony W. Ishii |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for March 12, 2012, **may be continued to March 26, 2012 at 9:00 a.m.**

This reason for the continuance is allow defense counsel more time for further plea negotiations and investigation regarding derivative citizenship. This continuance will conserve time and resources for both parties and the court.

///
///
///
///
///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2    justice, including but not limited to, the need for the period of time set forth herein for effective defense
3    preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (iv).

BENJAMIN WAGNER
United States Attorney

DATED: March 5, 2012          By:   /s/ *Ian Garriques*
                                    IAN GARRIQUES
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: March 5, 2012          By:   /s/ *Ann H. Voris*
                                    ANN H. VORIS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    Jose Luis Andrade-Torres

## O R D E R

**IT IS SO ORDERED.** Time is excluded pursuant to §§ 3161(h)(7)(A), (B)(ii), and (iv).

IT IS SO ORDERED.

Dated:   March 8, 2012
                                            _____
                                            CHIEF UNITED STATES DISTRICT JUDGE