1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  ANN H. VORIS, Bar #100433
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JOSE LUIS ANDRADE-TORRES

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   No. 1:11-cr-0433 AWI
                                     )
12                  Plaintiff,       )   STIPULATION TO CONTINUE STATUS
                                     )   CONFERENCE; ORDER
13          v.                       )
                                     )   Date:   April 2, 2012
14  JOSE LUIS ANDRADE-TORRES,        )   Time:   9:00 a.m.
                                     )   Judge: Hon. Anthony W. Ishii
15                  Defendant.       )
                                     )
16  _____ )

17

18          **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19  counsel that the status conference in the above-captioned matter now set for March 26, 2012, **may be**

20  **continued to April 2, 2012 at 9:00 a.m.**

21          This reason for the continuance is allow the parties more time for investigation regarding

22  derivative citizenship. This continuance will conserve time and resources for both parties and the court.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (iv).

BENJAMIN WAGNER
United States Attorney

DATED: March 22, 2012          By:   /s/ Ian Garriques
                                     IAN GARRIQUES
                                     Assistant United States Attorney
                                     Attorney for Plaintiff

                                     DANIEL J. BRODERICK
                                     Federal Defender

DATED: March 22, 2012          By:   /s/ Ann H. Voris
                                     ANN H. VORIS
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     Jose Luis Andrade-Torres

## O R D E R

**IT IS SO ORDERED.** Time is excluded pursuant to §§ 3161(h)(7)(A), (B)(ii), and (iv).

IT IS SO ORDERED.

Dated:   March 22, 2012          _____
                                 CHIEF UNITED STATES DISTRICT JUDGE