```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  ANN H. VORIS, Bar #100433
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  JOSE LUIS ANDRADE-TORRES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:11-cr-0433 AWI |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS<br>) CONFERENCE; ORDER |
| v. | ) |
| JOSE LUIS ANDRADE-TORRES, | ) Date:  May 14, 2012<br>) Time:  10:00 a.m.<br>) Judge: Hon. Anthony W. Ishii |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for April 2, 2012, **may be continued to May 14, 2012 at 10:00 a.m.**

The reason for the continuance is permit defense counsel additional time to review the offer with Mr. Andrade-Torres before signing. This continuance will conserve time and resources for both parties and the court.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (iv).

BENJAMIN WAGNER
United States Attorney

DATED: March 29, 2012     By:   /s/ *Ian Garriques*
IAN GARRIQUES
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: March 29, 2012     By:   /s/ *Ann H. Voris*
ANN H. VORIS
Assistant Federal Defender
Attorney for Defendant
Jose Luis Andrade-Torres

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to §§ 3161(h)(7)(A), (B)(ii), and (iv).

IT IS SO ORDERED.

Dated:   March 29, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE